KARL L. NIELSON, ESQ.
Nevada Bar # 5082
TAMARA BEATTY PETERSON
Nevada Bar # 5218
**JONES VARGAS**
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-7705
E-Mail: kln@jonesvargas.com
E-Mail: tpeterson@jonesvargas.com

*Attorneys for Defendants*
*HANS JECKLIN, CHRISTIANE JECKLIN,*
*SWISS LEISURE GROUP AG, and*
*JPC HOLDING AG*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MORGAN STANLEY HIGH YIELD SECURITIES INC.; MORGAN STANLEY DEAN WITTER HIGH INCOME ADVANTAGE TRUST; MORGAN STANLEY DEAN WITTER HIGH INCOME ADVANTAGE TRUST II; MORGAN STANLEY DEAN WITTER HIGH INCOME ADVANTAGE TRUST III; MORGAN STANLEY VARIABLE INVESTMENT SERIES; MORGAN, STANLEY DIVERSIFIED INCOME TRUST; and MORGAN STANLEY SELECT DIMENSIONS INVESTMENT SERIES,<br><br>Plaintiffs,<br><br>vs.<br><br>HANS JECKLIN; CHRISTIANE JECKLIN; GEORGE HAEBERLING; JOHN TIPTON; SWISS LEISURE GROUP AG; and JPC HOLDING AG,<br><br>Defendants. | CASE NO. 2:05-cv-1364-LDG-LRL<br><br>XXXXXXX **ORDER GRANTING JOINT MOTION FOR SUBMISSION OF DOCUMENTS FOR IN CAMERA REVIEW BY UNITED STATES MAGISTRATE JUDGE** |

The Court, having reviewed Plaintiffs and Defendants Hans Jecklin, Christiane Jecklin, Swiss Leisure Group AG ("SLG"), and JPC Holding AG's ("JPC") (collectively, unless otherwise

1  noted "Jecklin Defendants"), Joint Motion For Submission Of Documents For In Camera Review
2  By United States Magistrate Judge ("Joint Motion") (Document # 252_) and good cause existing
3  therefor,

4      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Joint Motion is
5  granted in its entirety.

6      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Jecklin Defendants
7  shall submit for *in camera* review by the Court the set of 25 documents that the parties have
8  referenced in the Joint Motion as Exhibit 1.

9      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs and the
10 Jecklin Defendants shall each submit a four page brief with exhibits outlining for the Court their
11 position with respect to these 25 documents. The parties will submit the four page briefs
12 simultaneously on or about 3:00 p.m. P.D.T. on the second day following the date of this Order.
13 The parties will not file responses to the four page briefs. Upon the simultaneous filing, the
14 parties' positions and the 25 documents will stand as submitted and ready for *in camera* review.

**IT IS SO ORDERED.**

_/s/ Leavitt_

UNITED STATES MAGISTRATE JUDGE
DATED: 5-12-10

20 834556.doc

JONES VARGAS
3773 Howard Hughes Parkway - Third Floor South
Las Vegas, Nevada 89169
Tel: (702) 862-3300 Fax: (702) 737-7705