# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN STANLEY, et al., | 2:05-cv-1364-LDG-LRL |
| Plaintiffs, | |
| v. | **ORDER** |
| HANS JECKLIN, et al., | |
| Defendants. | |

Based on the arguments of the parties, and good cause appearing, the court will grant plaintiffs' motion for permission to move for summary judgment (#259, response #275, joinder in response #276, response #277, reply #278, errata to response #280, reply #282).

THE COURT HEREBY ORDERS that plaintiffs' motion for permission to move for summary judgment (#259) is GRANTED.  The scheduling order is AMENDED to provide plaintiffs ninety (90) days from the date of the filing of this order in which to file their motion for summary judgment.

THE COURT FURTHER ORDERS that as an administrative matter, and in the interest of consolidating consideration of the dispositive motions in this case, all pending motions before the district judge (including #231, #232, #233, #243, #236, #237, #239, and #300) are hereby DENIED without prejudice and subject to their sua sponte reinstatement by the court after plaintiffs' motion for summary is ripe for consideration.

DATED this ___ day of September, 2010.

_____
Lloyd D. George
United States District Judge