# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN STANLEY, et al., | 2:05-cv-1364-LDG-LRL |
| Plaintiffs, | |
| v. | **ORDER** |
| HANS JECKLIN, et al., | |
| Defendants. | |

Defendants have filed a motion for clarification of this court's September 15, 2010, order granting Plaintiffs' motion for permission to move for summary judgment (#312; joinder #313, joinder #314, opp'n #315, replies #317, #318, & #319). That order stated that "plaintiffs' motion for permission to move for summary judgment (#253) is GRANTED" and further granted plaintiffs ninety days "in which to file their motion for summary judgment." Defendants argue that this court intended only to allow Plaintiffs to refile their Opposition brief in support of their summary judgment motion, as Plaintiffs apparently requested, but that Plaintiffs have now filed a new brief in support of their motion for summary judgment. Plaintiffs' actions in filing a new motion for summary judgment, however, are consistent with both the intent and language of the this court's order granting Plaintiffs such permission and allowing Plaintiffs additional time to file such a motion. Accordingly,

THE COURT HEREBY ORDERS that Defendants' motion for clarification (#312, #313, & #314) is DENIED.

DATED this ___8___ day of April, 2011.

_____
Lloyd D. George
United States District Judge