# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN STANLEY, et al., | 2:05-cv-1364-LDG-LRL |
| Plaintiffs, | |
| v. | **ORDER** |
| HANS JECKLIN, et al., | |
| Defendants. | |

On September 15, 2010, the court granted Plaintiffs' motion for leave to move for summary judgment and, in the interest of consolidating the consideration of dispositive motions in this case, denied Defendants' then outstanding motions. Plaintiffs have subsequently filed their motion for summary judgment, and each party has submitted voluminous filings in support of their respective positions. Accordingly,

THE COURT HEREBY ORDERS that as an administrative matter, and in the interest of efficient case management and a consolidated consideration of the dispositive motions in this case, Plaintiffs' motion for summary judgment (#321) is DENIED without prejudice, subject to sua sponte reinstatement as appropriate following consideration of the cross-motions at issue in this case.

DATED this __8__ day of September, 2011.

_____
Lloyd D. George
United States District Judge