**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MORGAN STANLEY, et al., | |
|     Plaintiffs, | 2:05-cv-1364-LDG-VCF |
| v. | |
| HANS JECKLIN, et al., | **ORDER** |
|     Defendants. | |

After defendants' joint requests to vacate the settlement conference scheduled in June 2013, and previous to plaintiffs' filing of an opposition to the requests to vacate, the magistrate judge granted the requests in part based on the logistical unfeasibility of a settlement conference (#367). The court finds, however, that in view of the extended procedural history and complexity of this litigation, and in light of a previous absence of a settlement conference before the magistrate judge in this matter,

THE COURT HEREBY DIRECTS that the magistrate judge conduct a settlement conference in this case within the discretion of his calendar.

THE COURT FURTHER ORDERS that all pending motions in this case are DENIED without prejudice to their reinstatement by the court following a report by the magistrate judge that the settlement conference was unsuccessful.

THE COURT FURTHER ORDERS upon the filing of a report by the magistrate judge that the settlement conference was unsuccessful, THE CLERK OF COURT shall reinstate the motions denied under this order as of the date of the filing of the magistrate judge's report.

DATED this ___ day of July, 2013.

_____
Lloyd D. George
United States District Judge

2