# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

MORGAN STANLEY, *et al.,*

        Plaintiffs,

vs.

HANS JECKLIN, *et al.,*

        Defendants.

2:05-cv-01364-LDG-VCF

**ORDER**

Before the Court are Defendant George Haeberling's Request to Appear at Settlement Conference Telephonically or by Alternate Means (#371) and Defendants' Insurance Carrier Representative Request to Appear at Settlement Conference Telephonically or be Excused from the Conference (#372).

<u>Defendant George Haeberling's Motion (#371)</u>

The Court finds that Defendant George Haeberling has given sufficient reason to appear telephonically but in order for the settlement conference to be productive, Defendant Haeberling's presence via video conference, continuously, is necessary. Defendant Haeberling must be active and present for the entire duration of the settlement conference. He must make prior arrangements to appear via Skype or similar technology.

<u>Defendants' Insurance Carrier Representative's Motion (#372)</u>

Mr. Fooksman states that due to his health issues and upcoming surgery, he is unable to travel. Mr. Fooksman may appear telephonically. Whether or not Mr. Fooksman is able to participate telephonically, Christopher Parady of Peabody & Arnold LLP, must attend the settlement conference and have the authority to settlement this matter up to the remaining limits of the insurance policy.

1   Accordingly,

2   IT IS HEREBY ORDERED that Defendant George Haeberling's Request to Appear at
3   Settlement Conference Telephonically or by Alternate Means (#371) is GRANTED in part and DENIED
4   in part.  Defendant Haeberling can participate via Skype at the settlement conference on December 10,
5   2013.  He must be present via Skype for the entire duration of the settlement conference.  Arrangements
6   with the Court to appear via Skype must be made by December 5, 2013.

7   IT IS FURTHER ORDERED that Defendants' Insurance Carrier Representative Request to
8   Appear at Settlement Conference Telephonically or be Excused from the Conference (#372) is
9   GRANTED.  Mr. Fooksman may appear telephonically but Mr. Parody must attend with full settlement
10  authority up to the remaining policy limits.

11  DATED this 26th day of November, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE