# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| MORGAN STANLEY, *et al.,* | |
| Plaintiffs, | 2:05-cv-01364-LDG-VCF |
| vs. | **ORDER** |
| HANS JECKLIN, *et al.,* | |
| Defendants. | |

Before the court is Hans Jecklin, Christiane Jecklin, Swiss Leisure Group AG and JPC Holding AG's Request to Appear at Settlement Conference Telephonically or by Alternative Means (#377).

Considering both the Mr. Jecklin's health issues and the circumstances presented to the court regarding the medical condition of Mr. and Mrs. Jecklin's newborn grandchild, Hans Jecklin and Christiane Jecklin will be relieved of their obligation to personally appear at the December 10, 2013 settlement conference. The court expects strict adherence to the provisions of this order permitting these two defendants to appear by video conference, so that the productivity of the settlement conference is not prejudiced by the granting of their requested accommodation.

IT IS HEREBY ORDERED that Hans Jecklin, Christiane Jecklin, Swiss Leisure Group AG and JPC Holding AG's Request to Appear at Settlement Conference Telephonically or by Alternative Means (#377) is GRANTED in part and DENIED in part. Defendants Swiss Leisure Group AG and JPC Holding AG must appear at the settlement conference through an officer of both corporations or two officers, one of each corporation, in addition to their counsel of record. Hans Jecklin may appear via video conference in both his personal capacity and as the representative with binding authority to settle this matter on behalf of Swiss Leisure Group AG and JPC Holding AG. Christiane Jecklin may appear via video conference in her personal capacity.

1    IT IS FURTHER ORDERED that if Hans or Christiane Jecklin choose to appear via video

2  conference, they must do so from the same location in Switzerland as Defendant George Haeberling, so

3  that all parties appearing by video conference will be in the same room connecting through the same

4  video and audio signal to a computer present at the settlement conference.

5    IT IS FURTHER ORDERED that representative counsel for all parties shall contact chambers

6  and make arrangements for defense counsel to demonstrate the video conference link to insure, on or

7  before December 6, 2013, that it is working to the court's satisfaction.  If the link is not satisfactory,

8  additional conditions may be imposed, up to and including requiring Defendants George Haeberling,

9  Hans Jecklin and/or Christiane Jecklin to be present in Las Vegas for the December 10, 2013, settlement

10  conference.

11    IT IS FURTHER ORDERED that if the settlement conference is commenced with an acceptable

12  video link, Defendants George Haeberling, Hans Jecklin and Christiane Jecklin must be present on the

13  video link from the time the settlement conference commences until the undersigned Magistrate Judge

14  declares the conference concluded or continued.

15    DATED this 3rd day of December, 2013.

16    _____

17    CAM FERENBACH
     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25