1  TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
   tpeterson@petersonbaker.com
2  NIKKI L. BAKER, ESQ., Bar No. 6562
   nbaker@petersonbaker.com
3  BENJAMIN K. REITZ, ESQ., Bar No. 13233
   breitz@petersonbaker.com
4  PETERSON BAKER, PLLC
   10001 Park Run Drive
5  Las Vegas, NV 89145
   Telephone:  702.786.1001
6  Facsimile:  702.786.1002

7  *Attorneys for Hans Jecklin, Christiane Jecklin,*
   *Swiss Leisure Group AG, and JPC Holding AG*

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12  MORGAN STANLEY HIGH YIELD          Case No.:  2:05-cv-01364-RFB-PAL
    SECURITIES INC.; MORGAN STANLEY
13  DEAN WITTER HIGH INCOME
    ADVANTAGE TRUST; MORGAN            **STIPULATION AND [PROPOSED]**
14  STANLEY DEAN WITTER HIGH INCOME    **ORDER FOR EXTENSION OF TIME**
    ADVANTAGE TRUST II; MORGAN         **TO FILE (1) PROPOSED JOINT PRE-**
15  STANLEY DEAN WITTER HIGH INCOME    **TRIAL ORDER, (2) EXHIBIT LISTS**
    ADVANTAGE TRUST III; MORGAN        **AND WITNESS LISTS;  AND (3)**
16  STANLEY VARIABLE INVESTMENT        **MOTIONS IN LIMINE**
    SERIES; MORGAN STANLEY
17  DIVERSIFIED INCOME TRUST; and      **(FIRST REQUEST)**
    MORGAN STANLEY SELECT
18  DIMENSIONS INVESTMENT SERIES,

19              Plaintiffs,

20  v.

21  HANS JECKLIN, CHRISTIANE JECKLIN;
    GEORGE HAEBERLING; JOHN TIPTON;
22  SWISS LEISURE GROUP AG; and JPC
    HOLDING AG,
23
                Defendants.
24

25          WHEREAS, pursuant to the Minutes of Proceedings of the October 26, 2017 Status

26  Conference [ECF No. 455] ("Minutes of Proceedings"), the current deadline to file the Proposed

27  Joint Pretrial Order is December 15, 2017; the current deadline to submit exhibit lists and witness

28

                                           1

PETERSON BAKER, PLLC
10001 Park Run Drive
Las Vegas, NV 89145
702.786.1001

1   lists is January 5, 2018; the current deadline to file Motions in Limine is January 19, 2018; and

2   the trial is set for March 5, 2018;

3      WHEREAS, the parties have met and conferred regarding the current schedule and are

4   working diligently to comply with the Court's order;

5      WHEREAS, due to the many items presented for the filing of the Proposed Joint Pretrial

6   Order, witness and exhibits lists, the parties respectfully request additional time to meet and

7   confer regarding exhibits, witnesses, and issues for trial;

8      WHEREAS, the parties respectfully request additional time to meet and confer on any

9   outstanding evidentiary issues following the submission of the Proposed Joint Pretrial Order;

10     WHEREAS, an extension of time on these matters will not adversely affect the trial date.

11     Based on the forgoing, Defendants Hans Jecklin, Christiane Jecklin, Swiss Leisure Group

12  AG and JPC Holding AG, by and through their counsel of record, the law firm of Peterson Baker,

13  PLLC, Defendant George Haeberling, by and through his counsel of record, the law firm of

14  Dickinson Wright, PLLC, Defendant John Tipton, by and through his counsel of record, the law

15  firms of McDonald Carano LLP and Kleinbard LLC, and Plaintiffs Morgan Stanley High Yield

16  Securities Inc., Morgan Stanley Dean Witter High Income Advantage Trust, Morgan Stanley

17  Dean Witter High Income Advantage Trust II, Morgan Stanley Dean Witter High Income

18  Advantage Trust III; Morgan Stanley Variable Investment Series; Morgan Stanley Diversified

19  Income Trust and Morgan Stanley Select Dimensions Investment Series, by and through their

20  counsel of record, the law firms of Kolesar & Leatham, Chtd. and Mayer Brown LLP, hereby

21  stipulate and agree, subject to the Court's approval, as follows:

22     1.    The deadline to file the Proposed Joint Pretrial Order is extended from December

23  15, 2017 to January 19, 2018;

24     2.    The deadline to submit exhibit lists and witness lists is extended from January 5,

25  2018 to January 19, 2018;

26     3.    The deadline to file any Motions in Limine is extended from January 19, 2018 to

27  January 26, 2018;

28

1    4.      The deadline to file any responses to Motions in Limine is extended from January

2    26, 2018 to February 9, 2018;  and,

3    5.      This is the Parties' first request for an extension of time to file the Proposed Joint

4    Pretrial Order, Exhibit Lists and Witness Lists, and Motions in Limine and this extension will not

5    adversely affect the current trial date.

6    DATED this 7th day of December, 2017.

7    PETERSON BAKER, PLLC        DICKINSON WRIGHT, PLLC

8

9    By: /s/ Tamara Beatty Peterson    By: /s/ Eric D. Hone
    TAMARA BEATTY PETERSON, ESQ.    ERIC D. HONE, ESQ.
10    Nevada Bar No. 5218    Nevada Bar No. 8499
    tpeterson@petersonbaker.com    ehone@dickinsonwright.com
    BENJAMIN K. REITZ, ESQ.    JOEL Z. SCHWARZ, ESQ.
11    Nevada Bar No. 13233    Nevada Bar No. 8499
    breitz@petersonbaker.com    jschwarz@dickinsonwright.com
12    10001 Park Run Drive    GABRIEL A. BLUMBERG, ESQ.
    Las Vegas, NV 89145    Nevada Bar No. 12332
13    Telephone:  702.786.1001    gblumberg@dickinson-wright.com
    Facsimile:  702.786.1002    8363 West Sunset Road, Suite 200
14    *Attorneys for Defendants Hans Jecklin,*    Las Vegas NV 89113
    *Christiane Jecklin, Swiss Leisure Group*    Telephone:  702.382.4002
15    *AG, and JPC Holding AG*    Facsimile:  702.382.1661
        *Attorneys for Defendant George*
16        *Haeberling*

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

**PETERSON BAKER, PLLC**
10001 Park Run Drive
Las Vegas, NV 89145
702.786.1001

MCDONALD CARANO LLP                    KOLESAR & LEATHAM, CHTD.

By: _/s/ Eric J. Schreiner_             By: _/s/ Jason I. Kirschner_
   JEFFREY A. SILVESTRI, ESQ.          ALAN J. LEFEBVRE, ESQ.
   Nevada Bar No. 5779                 Nevada Bar No. 0848
   jsilvestri@mcdonaldcarano.com       alefebvre@klnevada.com
   CRAIG A. NEWBY, ESQ.                400 South Rampart Blvd., Suite 400
   Nevada Bar No. 8591                 Las Vegas, NV 89145
   cnewby@mcdonaldcarano.com           Telephone: 702.362.7800
   2300 W. Sahara Avenue, Suite 1200   Facsimile:  702.362.9472
   Las Vegas, NV 89102
   Telephone: 702.873.4100             JEAN-MARIE L. ATAMIAN, ESQ.
   Facsimile:  702.873.9966            *Admitted Pro Hac Vice*
                                       jatamian@mayerbrown.com
   STEVEN ENGELMYER, ESQ.              JOHN M. CONLON, ESQ.
   *Admitted Pro Hac Vice*             *Admitted Pro Hac Vice*
   sengelmyer@kleinbard.com            jconlon@mayerbrown.com
   ERIC J. SCHREINER, ESQ.             JASON I. KIRSCHNER, ESQ.
   *Admitted Pro Hac Vice*             jkirschner@mayerbrown.com
   ESchreiner@kleinbard.com            *Admitted Pro Hac Vice*
   KLEINBARD LLC                       MAYER BROWN LLP
   One Liberty Place, 46th Floor       1675 Broadway
   1650 Market Street                  New York, NY 10019
   Philadelphia, PA 19103              Telephone:  212.506.2500
   Telephone: 215.568.2000             Facsimile:   212.262.1910
   Facsimile:  215.568.0140            *Attorney for Plaintiffs*
   *Attorneys for Defendant John Tipton*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: December 12, 2017

4