1  JEFFREY A. SILVESTRI, ESQ.
   Nevada Bar No. 5779
2  CRAIG A. NEWBY, ESQ.
   Nevada bar No. 8591
3  McDONALD CARANO WILSON LLP
4  2300 West Sahara Avenue, Suite 1000
   Las Vegas, Nevada 89102
5  Telephone: (702) 873-4100
   Facsimile:  (702) 873-9966
6  jsilvestri@mcdonaldcarano.com

7  STEVEN J. ENGELMYER, ESQ.
8  ERIC J. SCHREINER, ESQ.
   KLEINBARD LLC
9  One Liberty Place, 46th Floor
   1650 Market Street
10 Philadelphia, PA 19103
11 Telephone:  (215) 568-2000
   Facsimile:   (215) 568-0140
12 sengelmyer@kleinbard.com
   eschreiner@kleinbard.com
13
14 *Attorneys for Defendant John Tipton*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN STANLEY HIGH YIELD SECURITIES INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HANS JECKLIN, et al., <br><br> Defendants. | Case No.: 2:05-cv-01364-RFB-PAL <br><br> **STIPULATION AND [PROPOSED] ORDER SCHEDULING TRIAL AND PRETRIAL CONFERENCE AND SETTING DEADLINES TO FILE JOINT PRE-TRIAL ORDER, MOTIONS IN LIMINE AND OTHER PRE-TRIAL SUBMISSIONS** <br><br> **(SECOND REQUEST)** |

WHEREAS, pursuant to the Minutes of Proceedings of the October 26, 2017 Status Conference [ECF No. 455], jury trial in this matter has been set for March 5, 2018 and the pretrial conference has been set for February 16, 2018 at 10:00 a.m.;

1

WHEREAS, pursuant to the Court's Order dated December 12, 2017 [ECF No. 457], the deadline for filing a Proposed Joint Pretrial Order is January 19, 2018, the deadline for filing exhibit lists and witness lists is January 19, 2018, the deadline for filing motions *in limine* is January 26, 2018, and the deadline for filing responses to motions *in limine* is February 9, 2018;

WHEREAS, the parties are unaware of any current deadline for the filing of proposed Findings of Fact and Conclusions of Law, Trial Briefs, proposed voir dire questions, agreed upon jury instructions, verdict forms, and special jury interrogatories as provided for in the Court's Chamber Practices and Order Regarding Trial;

WHEREAS, pursuant to the Court's Order dated January 9, 2018 [ECF No. 459], the Court granted Defendant John Tipton's Motion to Continue Calendar Call and Trial Date [ECF No. 449] and ordered: "The parties are directed to submit a joint stipulation with dates for trial in the months of April or May 2018; the parties should include the pretrial deadlines in their order for this Court's consideration due by two weeks.";

WHEREAS, the parties have met and conferred regarding the various filing deadlines and the proposed trial date, and are filing now file this joint stipulation in compliance with the Court's January 9, 2018 Order [ECF No. 459].

Based on the forgoing, Plaintiffs Morgan Stanley High Yield Securities Inc., Morgan Stanley Dean Witter High Income Advantage Trust, Morgan Stanley Dean Witter High Income Advantage Trust II, Morgan Stanley Dean Witter High Income Advantage Trust III; Morgan Stanley Variable Investment Series; Morgan Stanley Diversified Income Trust and Morgan Stanley Select Dimensions Investment Series, by and through their counsel of record, the law firms of Kolesar & Leatham, Chtd. and Mayer Brown LLP, Defendants Hans Jecklin, Christiane Jecklin, Swiss Leisure Group AG and JPC Holding AG, by and through their counsel of record, the law firm of Peterson Baker, PLLC, Defendant George Haeberling, by and through his counsel of record, the law firm of Dickinson Wright, PLLC, and Defendant John Tipton, by and through his counsel of record, the law firms of McDonald Carano LLP and Kleinbard LLC, hereby stipulate and agree, subject to the Court's approval, as follows:

///

1. The deadline to file the Proposed Joint Pretrial Order is extended from January 19, 2018 to February 12, 2018.

2. The deadline to submit exhibit lists and witness lists is extended from January 19, 2018 to February 12, 2018.

3. The deadline to file any motion *in limine* is extended from January 26, 2018 to February 20, 2018.

4. The deadline to file any responses to any motion *in limine* is extended from February 9, 2018 to March 6, 2018.

5. The pretrial conference in this matter is rescheduled from February 16, 2018 at 10:00 a.m. to April 5, 2018 at 10:00 a.m. in LV Courtroom 7D.

6. The deadline for the parties to file Proposed Findings of Fact and Conclusions of Law is April 23, 2018;

7. The deadline for the parties to file Trial Briefs is April 23, 2018;

8. In the event that all parties to this action do not consent to withdraw the jury demand made in this case on or before February 5, 2018, the deadline for the parties to file their proposed voir dire questions, jury instructions, verdict forms, and special jury interrogatories is April 23, 2018.

9. Jury trial in this matter is set for April 30, 2018 at 9:30 a.m. in LV Courtroom 7D.

10. This is the second request for extension of time for the parties to file the Proposed Joint Pretrial Order, the submission of exhibit and witness lists, and the deadlines to file any motion *in limine*.

DATED this 16th day of January, 2018.

///
///
///
///
///
///

3

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

| | |
|---|---|
| KOLESAR & LEATHAM, CHTD.<br><br>By: /s/ John M. Conlon<br>ALAN J. LEFEBVRE, ESQ.<br>Nevada Bar No. 0848<br>alefebvre@klnevada.com<br>400 South Rampart Blvd., Suite 400<br>Las Vegas, NV 89145<br>Telephone: 702.362.7800<br>Facsimile: 702.362.9472<br><br>JEAN-MARIE L. ATAMIAN, ESQ.<br>*Admitted Pro Hac Vice*<br>jatamian@mayerbrown.com<br>JOHN M. CONLON, ESQ.<br>*Admitted Pro Hac Vice*<br>jconlon@mayerbrown.com<br>JASON I. KIRSCHNER, ESQ.<br>*Admitted Pro Hac Vice*<br>jkirschner@mayerbrown.com<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: 212.506.2500<br>Facsimile: 212.262.1910<br><br>*Attorney for Plaintiffs* | PETERSON BAKER, PLLC<br><br>By: /s/ Tamara Beatty Peterson<br>TAMARA BEATTY PETERSON, ESQ.<br>Nevada Bar No. 5218<br>tpeterson@petersonbaker.com<br>BENJAMIN K. REITZ, ESQ.<br>Nevada Bar No. 13233<br>breitz@petersonbaker.com<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Telephone: 702.786.1001<br>Facsimile: 702.786.1002<br><br>*Attorneys for Defendants Hans Jecklin,*<br>*Christiane Jecklin, Swiss Leisure Group*<br>*AG, and JPC Holding AG* |
| DICKINSON WRIGHT, PLLC<br>By: /s/ Eric D. Hone<br>ERIC D. HONE, ESQ.<br>Nevada Bar No. 8499<br>ehone@dickinsonwright.com<br>JOEL Z. SCHWARZ, ESQ.<br>Nevada Bar No. 8499<br>jschwarz@dickinsonwright.com<br>GABRIEL A. BLUMBERG, ESQ.<br>Nevada Bar No. 12332<br>gblumberg@dickinson-wright.com<br>8363 West Sunset Road, Suite 200<br>Las Vegas NV 89113<br>Telephone: 702.382.4002<br>Facsimile: 702.382.1661<br><br>*Attorneys for Defendant George Haeberling*<br><br>IT IS SO ORDERED.<br><br>_____<br>RICHARD F. BOULWARE, II<br>UNITED STATES DISTRICT JUDGE<br><br>DATED: <u>January 22, 2018</u>. | MCDONALD CARANO LLP<br>By: /s/ Eric J. Schreiner<br>JEFFREY A. SILVESTRI, ESQ.<br>Nevada Bar No. 5779<br>jsilvestri@mcdonaldcarano.com<br>CRAIG A. NEWBY, ESQ.<br>Nevada Bar No. 8591<br>cnewby@mcdonaldcarano.com<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>Telephone: 702.873.4100<br>Facsimile: 702.873.9966<br><br>STEVEN ENGELMYER, ESQ.<br>*Admitted Pro Hac Vice*<br>sengelmyer@kleinbard.com<br>ERIC J. SCHREINER, ESQ.<br>*Admitted Pro Hac Vice*<br>ESchreiner@kleinbard.com<br>KLEINBARD LLC<br>One Liberty Place, 46th Floor<br>1650 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.568.2000<br>Facsimile: 215.568.0140<br><br>*Attorneys for Defendant John Tipton* |