ALAN J. LEFEBVRE
Nevada Bar No. 00848
alefebvre@klnevada.com
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone (702) 362-7800
Facsimile (702) 362-9472

JEAN-MARIE L. ATAMIAN
jatamian@mayerbrown.com
JOHN M. CONLON
jconlon@mayerbrown.com
JASON I. KIRSCHNER
jkirschner@mayerbrown.com
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 506-2500
Facsimile (212) 262-1910

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MORGAN STANLEY HIGH YIELD SECURITIES INC.; MORGAN STANLEY DEAN WITTER HIGH INCOME ADVANTAGE TRUST; MORGAN STANLEY DEAN WITTER HIGH INCOME ADVANTAGE TRUST II; MORGAN STANLEY DEAN WITTER HIGH INCOME ADVANTAGE TRUST III; MORGAN STANLEY VARIABLE INVESTMENT SERIES; MORGAN STANLEY DIVERSIFIED INCOME TRUST; and MORGAN STANLEY SELECT DIMENSIONS INVESTMENT SERIES,<br><br>Plaintiffs,<br><br>v.<br><br>HANS JECKLIN, CHRISTIANE JECKLIN; GEORGE HAEBERLING; JOHN TIPTON; SWISS LEISURE GROUP AG; and JPC HOLDING AG,<br><br>Defendants. | Case No.: 2:05-cv-01364-RFB-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE PRETRIAL ORDER, EXHIBIT LISTS, AND WITNESS LISTS** |

1

WHEREAS, pursuant to the Court's Order dated January 22, 2018 (the "January 22, 2018 Order") [ECF No. 461], the deadline for filing a Proposed Joint Pretrial Order is February 12, 2018, the deadline for the submission of exhibit lists and witness lists is February 12, 2018; the deadline for filing motions *in limine* is February 20, 2018, and the deadline for filing any responses to any motion *in limine* is March 6, 2018;

WHEREAS, pursuant to the January 22, 2018 Order, the pretrial conference in this matter is April 5, 2018, at 10:00 a.m. in LV Courtroom 7D;

WHEREAS, pursuant to the January 22, 2018 Order, the deadline for the parties to file Proposed Findings of Fact and Conclusions of Law is April 23, 2018;

WHEREAS, pursuant to the January 22, 2018 Order, the deadline for the parties to file Trial Briefs is April 23, 2018;

WHEREAS, pursuant to the Joint Notice of Withdrawal of Demand for Jury Trial dated February 2, 2018 ("Jury Demand Withdrawal") [ECF No. 462], all parties have withdrawn their demand for a jury trial and consented to a bench trial of all claims pending in this matter;

WHEREAS, pursuant to the January 22, 2018 Order and the Jury Demand Withdrawal, a bench trial in this matter is set for April 30, 2018 at 9:30 a.m. in LV Courtroom 7D.

WHEREAS, the parties have been working diligently to further narrow the issues to be resolved in motions *in limine* and at trial;

WHEREAS, the parties require additional time to finalize the Proposed Pretrial Order and their respective exhibit lists and witness lists;

Based on the forgoing, Plaintiffs Morgan Stanley High Yield Securities Inc., Morgan Stanley Dean Witter High Income Advantage Trust, Morgan Stanley Dean Witter High Income Advantage Trust II, Morgan Stanley Dean Witter High Income Advantage Trust III; Morgan Stanley Variable Investment Series; Morgan Stanley Diversified Income Trust and Morgan Stanley Select Dimensions Investment Series, by and through their counsel of record, the law firms of Kolesar & Leatham, Chtd. and Mayer Brown LLP, Defendants Hans Jecklin, Christiane Jecklin, Swiss Leisure Group AG and JPC Holding AG, by and through their counsel of record, the law firm of Peterson Baker, PLLC, Defendant George Haeberling, by and through his counsel

of record, H1 Law Group, and Defendant John Tipton, by and through his counsel of record, the law firms of McDonald Carano LLP and Kleinbard LLC, hereby stipulate and agree, subject to the Court's approval, as follows:

1. The deadline for the parties to file a Proposed Pretrial Order is extended from February 12, 2018 until February 15, 2018;

2. The deadline for the submission of exhibit lists and witness lists is extended from February 12, 2018 until February 15, 2018;

3. This is the third request for an extension of time for the parties to file the Proposed Joint Pretrial order and the submission of exhibit and witness lists.

DATED this 12th day of February, 2018.

| KOLESAR & LEATHAM | PETERSON BAKER, PLLC |
|---|---|
| By: /s/ Alan J. Lefebvre<br>ALAN J. LEFEBVRE, ESQ.<br>Nevada Bar No. 0848<br>alefebvre@klnevada.com<br>400 South Rampart Blvd., Suite 400<br>Las Vegas, NV 89145<br>Telephone: 702.362.7800<br>Facsimile: 702.362.9472<br><br>JEAN-MARIE L. ATAMIAN, ESQ.<br>*Admitted Pro Hac Vice*<br>jatamian@mayerbrown.com<br>JOHN M. CONLON, ESQ.<br>*Admitted Pro Hac Vice*<br>jconlon@mayerbrown.com<br>JASON I. KIRSCHNER, ESQ.<br>*Admitted Pro Hac Vice*<br>jkirschner@mayerbrown.com<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: 212.506.2500<br>Facsimile: 212.262.1910<br><br>*Attorney for Plaintiffs* | By: /s/ Benjamin K. Reitz<br>TAMARA BEATTY PETERSON, ESQ.<br>Nevada Bar No. 5218<br>tpeterson@petersonbaker.com<br>BENJAMIN K. REITZ, ESQ.<br>Nevada Bar No. 13233<br>breitz@petersonbaker.com<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Telephone: 702.786.1001<br>Facsimile: 702.786.1002<br><br>*Attorneys for Defendants Hans Jecklin, Christiane Jecklin, Swiss Leisure Group AG, and JPC Holding AG* |

///

3

| | |
|---|---|
| H1 LAW GROUP | MCDONALD CARANO LLP |
| By: /s/ Eric D. Hone<br>ERIC D. HONE, ESQ.<br>Nevada Bar No. 8499<br>eric@h1lawgroup.com<br>6671 S. Las Vegas Blvd, D-210<br>Las Vegas, NV 89119<br>Telephone: 702.608.3720<br>Facsimile: 702.608.3759<br><br>*Attorneys for Defendant George Haeberling* | By: /s/ Eric J. Schreiner<br>JEFFREY A. SILVESTRI, ESQ.<br>Nevada Bar No. 5779<br>jsilvestri@mcdonaldcarano.com<br>CRAIG A. NEWBY, ESQ.<br>Nevada Bar No. 8591<br>cnewby@mcdonaldcarano.com<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>Telephone: 702.873.4100<br>Facsimile: 702.873.9966<br><br>STEVEN ENGELMYER, ESQ.<br>*Admitted Pro Hac Vice*<br>sengelmyer@kleinbard.com<br>ERIC J. SCHREINER, ESQ.<br>*Admitted Pro Hac Vice*<br>ESchreiner@kleinbard.com<br>KLEINBARD LLC<br>One Liberty Place, 46th Floor<br>1650 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.568.2000<br>Facsimile: 215.568.0140<br><br>*Attorneys for Defendant John Tipton* |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated: February 13, 2018.

---

*Morgan Stanley High Yield Securities Inc., et al. v. Hans Jecklin, et al.*/2:05-cv-01364-RFB-PAL
Stipulation and [Proposed] Order Extending Deadline to File Pretrial Order, Exhibit Lists, and Witness Lists

4

726240942.5