| | |
|---|---|
| 1 | LIESL FREEDMAN |
| | General Counsel |
| 2 | Nevada Bar No. 5309 |
| | MATTHEW J. CHRISTIAN |
| 3 | Assistant General Counsel |
| | Nevada Bar No. 8024 |
| 4 | Las Vegas Metropolitan Police Department |
| | 400 S. Martin Luther King Blvd. |
| 5 | Las Vegas, Nevada 89106 |
| | Tel: (702) 828-3310 |
| 6 | Fax: (702) 828-3191 |
| | Email: m16091c@lvmpd.com |
| 7 | *Attorneys for Las Vegas Metropolitan* |
| | *Police Department* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN STANLEY HIGH YIELD SECURITIES INC.; MORGAN STANELY DEAN WITTER HIGH INCOME ADVANTAGE TRUST; MORGAN STANLEY DEAN WITTER HIGH INCOME ADVANTAGE TRUST II; MORGAN STANELY DEAN WITTER HIGH INCOME ADVANTAGE TRUST III; MORGAN STANELY VARIABLE INVESTMENT SERIES; MORGAN STANLEY DIVERSIFIED INCOME TRUST; and MORGAN STANLEY SELECT DIMENTSIONS INVESTMENT SERIES, <br><br> Plaintiffs, <br><br> -vs- <br><br> HANS JECKLIN, CHRISTIANE JECKLIN; GEORGE HAEBERLING; JOHN TIPTON; SWISS LEISURE GROUP AG; and JPC HOLDING AG, <br><br> Defendants. | Case No. 2:05-cv-01364-RFB-PAL <br><br><br> **LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S NOTICE TO TERMINATE ATTORNEY OF RECORD FOR THIS CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that the undersigned hereby requests that attorney, MATTHEW J. CHRISTIAN, Assistant General Counsel for the Las Vegas Metropolitan Police Department ("LVMPD"), be terminated from this case and removed from the Court's docket and CM/ECF

1

OFFICE OF GENERAL COUNSEL
Las Vegas Metropolitan Police Department
400 S. Martin L. King Blvd.
Las Vegas, Nevada 89106
(702) 828-3310

service list(s), as Mr. Christian has been disassociated as counsel and no longer has a role in this case.

DATED this 26th day of September, 2018.

Respectfully submitted,

*/s/ Matthew J. Christian*
MATTHEW J. CHRISTIAN
Assistant General Counsel
Nevada Bar No. 8024
Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, Nevada 89106
*Attorney for Las Vegas Metropolitan Police Department*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 3, 2018

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of the Las Vegas Metropolitan Police Department and that on the 26th day of September, 2018 service of the foregoing document was served via the Court's CM/ECF filing system addressed to all parties on the e-service list.

*/s/ Shandell Auten*
An employee of the Las Vegas Metropolitan Police Department

OFFICE OF GENERAL COUNSEL
Las Vegas Metropolitan Police Department
400 S. Martin L. King Blvd.
Las Vegas, Nevada 89106
(702) 828-3310