AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Morgan Stanley High Yield Securities Inc., et al.,

                Plaintiff,

v.

Hans Jecklin, Christine Jenklin, George Haeberling, John Tipton, et al.,

                Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:05-cv-1364-RFB-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for Attorneys fees is entered against Defendants Hans Jecklin, Swiss Leisure Group AG ("SLG"), and JPC Holdings AG ("JPC") (collectively, the "Jecklin Defendants"). Plaintiffs are awarded $29,962 in attorney's fees with respect to the Motion to Compel.

4/1/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk