AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Morgan Stanley High Yield Securities Inc., et al.,

              Plaintiff,

   v.

Hans Jecklin, Christine Jenklin, George Haeberling, John Tipton, et al.,

             Defendants.

Additional JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:05-cv-1364-RFB-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the [666] Order entered by the Court, Plaintiffs are awarded attorney's fees in the amount of $10,681,887.94, jointly and severally, against Defendants Hans Jecklin, SLG, and JPC.

4/1/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk